# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SUNDAY SUNNY BOYEJO, | : | |
| Inmate No. 000865094, | : | PRISONER HABEAS CORPUS |
|     Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-2056-ODE-JSA |
| JUDGE JOYETTE HOLMES; et al., | : | |
|     Respondent. | : | |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

Petitioner submitted a state form for prisoner civil actions that the Clerk docketed as a habeas petition under 28 U.S.C. § 2254. (Doc. 1). On June 27, 2017, this Court entered an Order instructing Petitioner to submit the full initial filing fee of $5.00 or a request to proceed *in forma pauperis* on the proper forms, including an executed financial affidavit with an authorization allowing his custodian to withdraw funds from his inmate account and a completed certificate signed by an authorized institutional officer regarding the current balance in his inmate account. (Doc. 3). Because the Court could not determine the nature of Petitioner's challenge and/or whether Petitioner had exhausted his state court remedies, this Court also instructed Petitioner to amend the petition on the proper § 2254 forms by adding factual allegations specifying what actions he claims

violated his constitutional rights and the steps he took to exhaust his state court remedies. (*Id.*). Petitioner was advised that his failure to comply with this Court's instructions within thirty (30) days may result in dismissal of the petition. (*Id.*).

As of August 10, 2017, Petitioner has neither paid the $5.00 filing fee or submitted a request to proceed *in forma pauperis*. Nor has he submitted the required amendment.

**IT IS THEREFORE RECOMMENDED** that the instant action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to obey a lawful Order of the Court. *See* L.R. 41.3A, N.D. Ga.

The Clerk is **DIRECTED** to terminate the referral to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED** this 15th day of August, 2017.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)