IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUNDAY SUNNY BOYEJO,

    Petitioner

v.

JUDGE JOYETTE HOLMES, et al.,

    Respondents

CIVIL ACTION FILE NO.
1:17-CV-2056-ODE-JSA

## ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed August 15, 2017 ("R&R") [Doc. 4]. No objections have been filed.

In the R&R, Judge Anand recommends that this case be dismissed without prejudice for Petitioner's failure to obey a lawful order of the Court. Specifically, Judge Anand issued an Order on June 27, 2017 directing Petitioner to pay the initial filing fee of $5.00 or complete an IFP request on the proper forms provided to him by the Clerk and instructing Petitioner to amend his petition; however, Petitioner did not comply.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this 21 day of September, 2017.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE